FILED: September 17, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1729

(5:12-cv-00152-RLV-DSC)

_____

TERESA FORD

       Plaintiff - Appellant

v.

UNITED STATES OF AMERICA

       Defendant - Appellee

and

MIRIAM FLEMING; TERRY RAMSEY; UNITED STATES ARMY CORPS OF ENGINEERS; AVIS BUDGET GROUP, INC.; AVIS RENT A CAR SYSTEM, LLC; AVIS BUDGET CAR RENTAL, LLC

       Defendants

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Response brief due: 09/28/2015

Any reply brief: 14 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk